BLEI v. LEOPOLD. (Circuit Court of Appeals, Ninth Circuit. May 20, 1903.) No. 947. Appeal from the District Court of the United States for the Third Division of the District of Alaska. Goodell & Edwards, for appellant. Lorenzo S. B. Sawyer, for appellee. No opinion. Dismissed for want of jurisdiction.

---

CROCKER v. OAKES et al. (Circuit Court of Appeals, Second Circuit. May 8, 1903.) No. 185. Appeal from the Circuit Court of the United States for the Southern District of New York. H. V. M. Dennis, Jr., for appellants. Wm. T. Reed, for appellee. Before WALLACE, TOWNSEND, and COXE, Circuit Judges.

PER CURIAM. Affirmed in open court. See 117 Fed. 363.

---

JACOBI v. MILLER. In re FORAN. (Circuit Court of Appeals, Ninth Circuit. May 21, 1903.) No. 936. Appeal from the District Court of the United States for the Northern District of California. Joseph E. Bien, for appellant. Charles W. Slack, for appellee. No opinion. Upon stipulation of counsel for the respective parties therefor, appeal dismissed at the cost of the appellant.

---

J. H. ROSSBACH & BRO. v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. April 18, 1903.) No. 104. Appeal from the Circuit Court of the United States for the Southern District of New York. For opinion below, see 116 Fed. 781. W. W. Smith, for appellant. Chas. I. Baker, for the United States. Before TOWNSEND and COXE, Circuit Judges.

PER CURIAM. Affirmed in open court.

---

KRUTTSCHNIT v. SIMMONS et al. (Circuit Court of Appeals, Second Circuit. May 23, 1903.) No. 193. Appeal from the Circuit Court of the United States for the Southern District of New York. A. G. Bowen, for appellant. A. C. Hanff, for appellee. Before WALLACE, LACOMBE, and COXE, Judges.

PER CURIAM. Decree affirmed, with costs, on opinion of Circuit Court. 118 Fed. 851.

---

McCLAIN, Collector of Internal Revenue, v. FIDELITY INS., TRUST & SAFE DEPOSIT CO. (Circuit Court of Appeals, Third Circuit. June 3, 1903.) No. 9. In Error to the Circuit Court of the United States for the Eastern District of Pennsylvania. For opinion below, see 113 Fed. 152. J. Whittaker Thompson and James B. Holland, for plaintiff in error. John Marshall Gest, for defendant in error. Before ACHESON and DALLAS, Circuit Judges, and BUFFINGTON, District Judge.

DALLAS, Circuit Judge. We think the court below was clearly right in holding that the judgment of this court in the case of McClain v. Penna. Co. for Ins., etc., 108 Fed. 618, 47 C. C. A. 529, is, in effect, decisive of the question in controversy in this one. Therefore the judgment to which the present writ of error relates is affirmed.

---

NEW YORK, N. H. & H. R. CO. v. WEISBERG. (Circuit Court of Appeals, First Circuit. April 14, 1903.) No. 469. David S. Baker, for plaintiff in error. Lucius Brown, for defendant in error. Before COLT and PUTNAM, Circuit Judges, and ALDRICH, District Judge. No opinion. Dismissed by agreement of counsel.